**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

DEREK WAYNE JACKSON, : CIVIL ACTION
        *Appellee/Cross-Appellant*, :
         :
    v. :
         :
         :
BRIAN COLEMAN,
SUPERINTENDENT, SCI MAHONOY et al., : NOS. 26-1129, 26-1235
        *Appellants/Cross-Appellees.* :

## MOTION TO WITHDRAW, DISCONTINUE, AND VOLUNTARILY DISMISS APPEALS

**TO THE HONORABLE JUDGES OF THE THIRD CIRCUIT COURT OF APPEALS:**

1.  Appellants/Cross-Appellees, through their attorney, Kevin R. Steele, Montgomery County District Attorney, by his Assistant District Attorney, William R. Toal, III, respectfully seek approval of the withdrawal, discontinuance, and voluntarily dismissal of their appeal in the above-captioned matter.

2.  Appellee/Cross-Appellant, through his attorney, Eric Montroy, respectfully seeks the approval of the withdrawal, discontinuance, and voluntarily dismissal of his cross-appeal in the above-captioned matter.

3.  The parties, in compliance with the order of the Honorable Cynthia M. Rufe, at U.S.D.C. E.D. Pa. Dkt. No. 13-cv-05932, which has been stayed during the pendency of the appeals in this matter, will retry the case against Derek Wayne Jackson in the Montgomery County Court of Common Pleas.

4. Pursuant to Fed. R.A.P. 42, Appellants/Cross-Appellees and Appellee/Cross-Appellant have been notified of the withdraw of the appeals and there are no costs to be born by Appellee/Cross-Appellant regarding the matter.

5. The parties agree that, once the record is returned to the Montgomery County Court of Common Pleas, the clock shall begin for purposes of calculating Pa.R.Crim.P. 600 for state court purposes and the recommencement of the time period for action under Judge Rufe's order for federal court purposes.

**WHEREFORE**, Appellee/Cross-Appellant and Appellants/Cross-Appellees respectfully seek the withdrawal, discontinuance, and voluntary dismissal of the appeals filed in the above-captioned matter.

RESPECTFULLY SUBMITTED:


*/s/William R. Toal, III*                                    */s/ Eric Montroy*
_____                        _____
WILLIAM R. TOAL, III                              ERIC MONTROY
ASSISTANT DISTRICT ATTORNEY               ASSISTANT FEDERAL DEFENDER
TONYA W. LUPINACCI                              FEDERAL COMMUNITY DEFENDER
DEPUTY DISTRICT ATTORNEY                   OFFICE FOR THE EASTERN DISTRICT
EDWARD F. MCCANN, JR.                          Of Pennsylvania
FIRST ASSISTANT DISTRICT ATTORNEY       CAPITAL HABEAS UNIT
KEVIN R. STEELE                                      (ATTORNEY FOR APPELLEE/CROSS-
DISTRICT ATTORNEY                                APPELLANT)
(ATTORNEYS FOR APPELLANTS/CROSS-APPELLEES)

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

| | | |
|---|---|---|
| DEREK WAYNE JACKSON, | : | CIVIL ACTION |
| *Petitioner*, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BRIAN COLEMAN, et al., | : | NOS. 26-1129, 26-1235 |
| *Respondents*. | : | |

**CERTIFICATE OF SERVICE**

I, William R. Toal, III, hereby certify that on this date the foregoing document was filed electronically and is available for viewing and downloading from the ECF system. The party has been served upon in the manner indicated below, which service satisfies the requirement of the Federal Rules of Civil Procedure 5(b)(2).

| **E-SERVICE** | **E-SERVICE** | **E-SERVICE** |
|---|---|---|
| Honorable Cynthia M. Rufe | Eric J. Montroy | Joel Mandelman |
| James A. Byrne U.S. Courthouse | Federal Community Defender for EDPA | Federal Community Defender for EDPA |
| 601 Market St. | 601 Walnut St. | 601 Walnut St. |
| Philadelphia, PA 19106 | Philadelphia, PA 19106 | Philadelphia, PA 19106 |
| | Eric_Montroy@fd.org | Joel_Mandelman@fd.org |

*/s/ William R. Toal, III*

_____

William R. Toal, III
Assistant District Attorney
Office of the District Attorney
Montgomery County Courthouse
Norristown, PA  19404-0311
(610) 278-3143
William.Toal@montgomerycountypa.gov

Dated: June 1, 2026